Thank you so much for joining us today, and I hope you have a great rest of your day. Thank you
judges: Silverman, Nguyen, Anello